FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALYSSA FAULSTICK, on behalf of herself and all other similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>STATION CASINOS LLC d/b/a and a/k/a KAOS DAYCLUB AND NIGHT CLUB; RED ROCK RESORTS, INC. d/b/a and a/k/a KAOS DAYCLUB AND NIGHTCLUB; EMPLOYEE(S)/AGENT(S) DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No. 2:19-cv-01950-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including February 28, 2020 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). (Defendants do not contest that they were served on January 16, 2020). Defense counsel will need additional time to review matters relating to this alleged WARN class action. This is

FP 37059439.1

- 1 -

the first request for an extension of this deadline.

FISHER & PHILLIPS

By: /s/
Scott M. Mahoney, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas. NV 89101
Attorney for Defendants

GABROY LAW OFFICES

By: /s/
Christian Gabroy, Esq.
The District at Green Valley Ranch
170 S. Green Valley Pkwy, Ste. 280
Henderson, NV 89012
Attorney for Plaintiff

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: February 4, 2020

FP 37059439.1

– 2 –