FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants,
Station Casinos, LLC and Red Rock Resorts, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALYSSA FAULSTICK, on behalf of herself and all other similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>STATION CASINOS LLC d/b/a and a/k/a KAOS DAYCLUB AND NIGHT CLUB; RED ROCK RESORTS, INC. d/b/a and a/k/a KAOS DAYCLUB AND NIGHTCLUB; EMPLOYEE(S)/AGENT(S) DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No. 2:19-cv-01950-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including March 30, 2020 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). Defendants have sent a substantive letter to Plaintiff's counsel regarding the allegations of the Complaint that counsel wishes to study in detail before any response to the Complaint is required to be filed. Unfortunately, the father of Plaintiff's lead counsel, Christian Gabroy, has been, and remains, in the ICU, intubated and in critical condition, with an uncertain prognosis, and Mr. Gabroy has been required to attend to and coordinate all of

- 1 -

FP 37145339.1

his father's medical, family and personal matters. Therefore, additional time is needed before any future steps are taken regarding this potential class action case.

FISHER & PHILLIPS

By: /s/
Scott M. Mahoney, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas. NV 89101
Attorney for Defendants

GABROY LAW OFFICES

By: /s/
Christian Gabroy, Esq.
The District at Green Valley Ranch
170 S. Green Valley Pkwy, Ste. 280
Henderson, NV 89012
Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 19, 2020

- 2 -

FP 37145339.1