FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendants,
Station Casinos, LLC and Red Rock Resorts, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALYSSA FAULSTICK, on behalf of herself and all other similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>STATION CASINOS LLC d/b/a and a/k/a KAOS DAYCLUB AND NIGHT CLUB; RED ROCK RESORTS, INC. d/b/a and a/k/a KAOS DAYCLUB AND NIGHTCLUB; EMPLOYEE(S)/AGENT(S) DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive;<br><br>Defendants. | Case No. 2:19-cv-01950-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including May 15, 2020 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). Defendants have sent a substantive letter to Plaintiff's counsel regarding the allegations of the Complaint that counsel wishes to study in detail before any response to the Complaint is required to be filed. Plaintiff's lead counsel needs additional time to do so due to the impact of COVID-19, as well as serious medical issues relating to his father. This is the third

request for an extension of this deadline.

| FISHER & PHILLIPS | GABROY LAW OFFICES |
|---|---|
| By:_____/s/_____ | By:_____/s/_____ |
| Scott M. Mahoney, Esq. | Christian Gabroy, Esq. |
| 300 S. Fourth Street | The District at Green Valley Ranch |
| Suite 1500 | 170 S. Green Valley Pkwy, Ste. 280 |
| Las Vegas. NV 89101 | Henderson, NV 89012 |
| Attorney for Defendants | Attorney for Plaintiff |

IT IS SO ORDERED:

_____
~~UNITED STATES DISTRICT JUDGE/~~
UNITED STATES MAGISTRATE JUDGE

Dated:\_\_March 27, 2020_____

- 2 –

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

37466554
FP 37466554.1