FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants,
Station Casinos, LLC and Red Rock Resorts, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALYSSA FAULSTICK, on behalf of herself and all other similarly situated; | Case No. 2:19-cv-01950-JAD-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | **(Fourth Request)** |
| STATION CASINOS LLC d/b/a and a/k/a KAOS DAYCLUB AND NIGHT CLUB; RED ROCK RESORTS, INC. d/b/a and a/k/a KAOS DAYCLUB AND NIGHTCLUB; EMPLOYEE(S)/AGENT(S) DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including June 15, 2020 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  Defendants have sent a substantive letter to Plaintiff's counsel regarding the allegations of the Complaint that counsel wishes to study in detail before any response to the Complaint is required to be filed.  Plaintiff's lead counsel needs additional time to do so due to the impact of COVID-19, as well as serious medical issues relating to his father.  This is the fourth

- 1 –

FP 37841125.1

1  request for an extension of this deadline.

2  FISHER & PHILLIPS                           GABROY LAW OFFICES

3  By:_____/s/_____                 By:_____/s/_____
   Scott M. Mahoney, Esq.                      Christian Gabroy, Esq.
4  300 S. Fourth Street                        The District at Green Valley Ranch
   Suite 1500                                  170 S. Green Valley Pkwy, Ste. 280
5  Las Vegas. NV 89101                         Henderson, NV 89012
6  Attorney for Defendants                     Attorney for Plaintiff

7  IT IS SO ORDERED:

8  _____
   ~~UNITED STATES DISTRICT JUDGE/~~
9  UNITED STATES MAGISTRATE JUDGE

10 Dated:__May 12, 2020_____

- 2 –

FP 37841125.1