FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants,
Station Casinos, LLC and Red Rock Resorts, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALYSSA FAULSTICK, on behalf of herself and all other similarly situated; <br><br> Plaintiff, <br><br> v. <br><br> STATION CASINOS LLC d/b/a and a/k/a KAOS DAYCLUB AND NIGHT CLUB; RED ROCK RESORTS, INC. d/b/a and a/k/a KAOS DAYCLUB AND NIGHTCLUB; EMPLOYEE(S)/AGENT(S) DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive; <br><br> Defendants. | Case No. 2:19-cv-01950-JAD-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br> **(Fifth Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including July 17, 2020 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  This is a purported class action.  Plaintiff sent Defendants a proposal dated June 11, 2020 that may allow a resolution of the case to be reached in the next 30 days.  This is the fifth

- 1 –

FP 38010076.1

1   request for an extension of this deadline.

2   FISHER & PHILLIPS                          GABROY LAW OFFICES

3   By:_____/s/_____                 By:_____/s/_____
    Scott M. Mahoney, Esq.                     Christian Gabroy, Esq.
4   300 S. Fourth Street                       The District at Green Valley Ranch
    Suite 1500                                 170 S. Green Valley Pkwy, Ste. 280
5   Las Vegas. NV 89101                        Henderson, NV 89012
6   Attorney for Defendants                    Attorney for Plaintiff

7                                              IT IS SO ORDERED:
8   **NO FURTHER EXTENSIONS
    WILL BE GRANTED.**
9                                              _____
                                               ~~UNITED STATES DISTRICT JUDGE/~~
                                               UNITED STATES MAGISTRATE JUDGE
10
11                                             Dated: June 15, 2020   _____

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 2 –

FP 38010076.1