Christian Gabroy, Esq. (#8805)
Kaine Messer, Esq. (#14240)
GABROY LAW OFFICES
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Alyssa Faulstick*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALYSSA FAULSTICK, on behalf of herself and all other similarly situated,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>STATION CASINOS LLC d/b/a and a/k/a KAOS DAYCLUB AND NIGHTCLUB; RED ROCK RESORTS, INC. d/b/a and a/k/a KAOS DAYCLUB AND NIGHTCLUB; EMPLOYEE(S)/AGENT(S) DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive;<br><br>　　　　　　Defendants. | Case No.: 2:19-cv-01950-JAD-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PER FRCP 41** |

COMES NOW Plaintiff Alyssa Faulstick ("Plaintiff" or "Faulstick"), by and through her attorneys, Christian Gabroy, Esq. and Kaine Messer, Esq. of Gabroy Law Offices, and hereby voluntarily dismisses her claims against all named Defendants per Fed. R. of Civ. Pro. 41 in the above-titled action as Defendants without prejudice.

Defendants have not filed an Answer or a Motion for Summary Judgment.

Dated this 23rd day of July 2020.

Page 1 of 2

Dated this 23rd day of July 2020.

Respectfully submitted,

/s/ *Christian Gabroy*
Christian Gabroy, Esq.
GABROY LAW OFFICES
170 S. Green Valley Parkway
Ste 280
Henderson, Nevada 89012

*Attorneys for Plaintiff*